Form 1-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 1

| | |
|---|---|
| POSCO International America Corporation<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br>**Defendant.** | **S U M M O N S**<br>Court No.<br>24-00178 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | See schedule | Center (if known): | CEE003 |
|---|---|---|---|
| Protest Number: | 190123101016 | Date Protest Filed: | September 15, 2023 |
| Importer: | POSCO Int'l America Corp. | Date Protest Denied: | April 24, 2024 |
| Category of Merchandise: | Corrosion Resistant Steel Products | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See schedule | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

MacKensie R. Sugama
Trade Pacific PLLC
700 Pennsylvania Ave., SE Suite 500
Washington, DC 20003
202-223-3760
ksugama@tradepacificlaw.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Corrosion Resistant Steel Products | 7212.20.0000, 7210.49.0091 | 8.31% (AD), 1.19% (CVD) | 7212.20.0000, 7210.49.0091 | 0.74% (AD), 3.11% (CVD) |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
whether entries liquidated by operation of law

The issue which was common to all such denied protests:

whether CBP's assessment of the AD/CVD duties using the "as entered" estimated cash deposit rates was contrary to law

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
*Signature of Plaintiff's Attorney*

September 20, 2024
*Date*

24-00178

**SCHEDULE OF PROTESTS**

Center: CEE003

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Posted/Notice Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|---|
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21328352 | 7/30/2018 | 1/22/2022 | 6/21/2023 | 2304 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21321266 | 8/2/2018 | 1/22/2022 | 6/21/2023 | 2304 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21299678 | 8/17/2018 | 1/22/2022 | 6/21/2023 | 2304 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21338815 | 8/17/2018 | 1/22/2022 | 6/21/2023 | 2304 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21337957 | 9/4/2018 | 12/1/2021 | 6/21/2023 | 1901 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21357286 | 10/9/2018 | 1/22/2022 | 6/21/2023 | 1901 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21372301 | 10/30/2018 | 1/22/2022 | 6/21/2023 | 3901 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21378282 | 10/31/2018 | 1/22/2022 | 6/21/2023 | 2704 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21379231 | 10/15/2018 | 1/22/2022 | 7/7/2023 | 1704 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21382524 | 11/5/2018 | 1/22/2022 | 6/21/2023 | 1901 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21392366 | 11/5/2018 | 12/1/2021 | 6/21/2023 | 1704 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21395484 | 11/9/2018 | 1/22/2022 | 6/21/2023 | 2007 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21377789 | 11/13/2018 | 1/22/2022 | 6/21/2023 | 1901 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21381385 | 11/15/2018 | 1/22/2022 | 6/21/2023 | 1901 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21381393 | 11/15/2018 | 1/22/2022 | 6/21/2023 | 1901 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21381401 | 11/15/2018 | 1/22/2022 | 6/21/2023 | 1901 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21399387 | 11/19/2018 | 1/22/2022 | 6/21/2023 | 1704 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21408253 | 12/17/2018 | 1/22/2022 | 6/21/2023 | 1901 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21408261 | 12/17/2018 | 1/22/2022 | 6/21/2023 | 1901 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21408279 | 12/17/2018 | 1/22/2022 | 6/21/2023 | 1901 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21408287 | 12/17/2018 | 1/22/2022 | 6/21/2023 | 1901 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21408295 | 12/17/2018 | 1/22/2022 | 6/21/2023 | 1901 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21408303 | 12/17/2018 | 1/22/2022 | 6/21/2023 | 1901 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21408311 | 12/17/2018 | 1/22/2022 | 6/21/2023 | 1901 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21408329 | 12/17/2018 | 1/22/2022 | 6/21/2023 | 1901 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21408337 | 12/17/2018 | 1/22/2022 | 6/21/2023 | 1901 |
| 190123101016 | 9/15/2023 | 4/24/2024 | BTF21408345 | 12/17/2018 | 1/22/2022 | 6/21/2023 | 1901 |